UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
PARTECH, INC., :
:
Plaintiff, :   24-CV-09381 (JAV)
:
-v- :   ORDER
:
MICHAEL JACKSON and QU POS, INC., :
:
Defendants. :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On December 16, 2024, this Court denied Plaintiff's request to file under seal the Affirmation of Oliver Ostertag in Support of PAR's Motion for a Temporary Restraining Order (the "Affirmation") and directed the parties to meet and confer to narrow the scope of the request. *See* ECF No. 17. On December 23, 2024, Plaintiff re-submitted a letter-motion (ECF No. 23) and filed the Affirmation with Plaintiff's proposed redactions. The letter-motion specified that PAR sent its proposed redactions to Defendants' counsel on December 18, 2024, and that the Defendants' responses were filed under seal as Exhibit C of ECF No. 24.

Having reviewed both parties' proposed redactions, the Court finds that Plaintiff's redactions are clearly overbroad. Indeed, some of the Plaintiff's proposed redactions — such as references to "stolen" documents, "sensitive" information, and the "full backup of [Jackson's] PAR provided laptop" — are already included in the publicly filed Complaint. *See, e.g.*, Compl. (ECF No. 1, Ex. A) at ¶¶ 1, 2, 32. Much of the additional information that Plaintiff proposes to redact is of a generic, non-specific nature, such that the sensitivity of the information is not readily apparent.

Thus, Plaintiff's application to seal the Affirmation is GRANTED IN PART. Plaintiff is

directed to prepare and file a redacted Affirmation with only the agreed-upon redactions by January 6, 2025. Should Plaintiff have any additional, specific, and limited redactions that it wishes the Court to consider, Plaintiff may make an additional application prior to that date.

The Clerk of Court is directed to terminate ECF No. 23.

SO ORDERED.

Dated: December 27, 2024
      New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge