UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                      :
PARTECH, INC.,                                     :

                                        Plaintiff,      :
                                                          :         24-CV-09381 (JAV)
                          -v-                             :
                                                           :              <u>ORDER</u>
MICHAEL JACKSON and QU POS, INC.,         :

                                    Defendant.    :
                                                           :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       Plaintiff Partech, Inc.'s request to redact additional information in the Affirmation of Oliver Ostertag in Support of PAR's Motion for a Temporary Restraining Order (the "Ostertag Affirmation") is **GRANTED**.  Plaintiff's additional redactions on the Affirmation mostly encompass specific names of Plaintiff's documents and references to the information and data of Plaintiff's customers.  Plaintiff has made a sufficient showing that the information sought to be sealed qualifies as "confidential business information," which could be used by an outside party with industry knowledge to "deduce" Plaintiff's business strategies and potentially inflict "significant competitive disadvantage" on Plaintiff through disclosure.  *Standard Inv. Chartered, Inc. v. Fin. Indus. Regul. Auth., Ind.*, 347 F. App'x 615, 617 (2d Cir. 2009) (internal quotation marks omitted).  The Court therefore finds that, in this instance, the "interest in protecting confidential business information outweighs the qualified First Amendment presumption of public access."  *Id.* (internal citations and quotation marks omitted).

       Plaintiff is directed to file the redacted Affirmation on the docket.  The Clerk of Court is directed to terminate ECF No. 26.

       SO ORDERED.

Dated: January 7, 2025
       New York, New York                                                    _____
                                                                             JEANNETTE A. VARGAS
                                                                             United States District Judge