UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
         :
PARTECH, INC.,         :
        Plaintiff,  :
         :    24-CV-09381 (JAV)
   -against-        :
         :    <u>ORDER</u>
MICHAEL JACKSON and QU POS, INC.,  :
         :
       Defendants. :
         :
------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

WHEREAS, both parties have affirmatively indicated that they do not intend to offer live testimony with respect to Plaintiff's motion for a preliminary injunction; and

WHEREAS, the parties have already been offered the opportunity to submit supplemental declarations and supplementary letter briefs, per the Court's order at the preliminary injunction hearing held on January 13, 2025, the deadline for which was January 15, 2025.  It is hereby

**ORDERED** that the record on Plaintiff's motion for a preliminary injunction will remain open until the end of day on **January 23, 2025**, only for the submission of those portions of the January 17, 2025 deposition testimony of Michael Jackson that either party wishes to introduce, and for the resolution of any evidentiary issues related to this testimony.  Each party may also submit a two-page letter brief, which shall be limited to pointing the Court to the relevant portions of the testimony of Michael Jackson and the bearing of such testimony on the issue of personal jurisdiction.

Dated: January 21, 2025
      New York, New York

                                              _____
                                              JEANNETTE A. VARGAS
                                              United States District Judge